RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/29/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY G. FALCUCCI** <br> LA. DOC #517229 <br> VS. | **CIVIL ACTION NO. 6:10-0081** <br><br> **SECTION P** <br><br> **JUDGE HAIK** |
| **WARDEN DAVE YELVERTON** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28th day of June, 2010.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE